UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, etc., <br><br> Plaintiff, <br><br> vs. <br><br> EQUITY TITLE OF NEVADA, etc., <br><br> Defendant. | 2:12-cv-829-JCM-RJJ <br><br> **ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Reports on January 21, 2013, and March 20, 2013.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

1. Shall identify the discovery that has been completed;

2. Shall identify the discovery that remains outstanding;

3. Shall identify any pending discovery motions; and,

4. Shall detail all attempts to settle the case.

DATED this  19th  day of December, 2012.

ROBERT J. JOHNSTON
United States Magistrate Judge