1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                     * * *

9   FEDERAL DEPOSIT INSURANCE          )
    CORPORATION, etc.,                 )
10                                      )
                        Plaintiff,     )        2:12-cv-829-JCM-RJJ
11                                      )
    vs.                                )
12                                      )
    EQUITY TITLE OF NEVADA, etc.,      )        **ORDER**
13                                      )
                        Defendant.     )
14  _____)

15          IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status

16  Reports on January 21, 2013, and March 20, 2013.

17          IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain

18  the following:

19          1.      Shall identify the discovery that has been completed;

20          2.      Shall identify the discovery that remains outstanding;

21          3.      Shall identify any pending discovery motions; and,

22          4.      Shall detail all attempts to settle the case.

23          DATED this   19th   day of December, 2012.

24

25

26          _____
                ROBERT J. JOHNSTON
27              United States Magistrate Judge

28