# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORP., | Case No. 2:12-cv-00829-JCM-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| EQUITY TITLE OF NEVADA, | |
| Defendant(s). | |

Pending before the Court is the parties' stipulation to stay this case pending settlement discussions and to extend various discovery deadlines. Docket No. 20. Having reviewed the stipulation, the Court hereby **GRANTS** it in part and **DENIES** it in part.

First, the parties seek to stay this case until September 30, 2013 while they discuss possible settlement. For good cause shown, the Court **GRANTS** that aspect of the stipulation. This case is hereby **STAYED** until September 30, 2013. In the event settlement is not reached, the parties shall submit a joint report so indicating, no later than October 4, 2013. In light of this stay, the Court has conferred with United States District Judge Mahan, and the pending motion for summary judgment (Docket No. 19) is hereby **DENIED** without prejudice. Defendant may renew the motion for summary judgment in the event settlement is not reached.

Second, the parties seek to extend various deadlines set out in the scheduling order. The deadlines sought to be extended include the initial expert deadline currently set at August 15, 2013. The deadline for seeking an extension of the initial expert deadline was 21 days before its

1 expiration. Local Rule 26-4. Because the parties failed to seek an extension of that deadline in a
2 timely manner, the Court will only extend it upon a showing of excusable neglect. *Id.* The parties
3 have not addressed excusable neglect in the pending stipulation, so the request to extend the
4 deadline is DENIED without prejudice. The parties are ORDERED to file an amended stipulation
5 discussing excusable neglect, no later than August 20, 2013.

6     IT IS SO ORDERED.

7     DATED: August 16, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge