# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORP., )<br>   )<br>           Plaintiff(s),          )<br>   )<br>vs.      )<br>   )<br>EQUITY TITLE OF NEVADA,   )<br>   )<br>           Defendant(s).        )<br>_____ ) | Case No. 2:12-cv-0829-JCM-NJK<br><br>ORDER OUTLINING STANDARDS APPLICABLE TO FUTURE REQUESTS FOR DISCOVERY EXTENSIONS FILED IN THIS CASE |

Concurrently herewith, the Court is granting the parties' stipulation to extend discovery deadlines, which they filed at Docket No. 22. The Court issues this order separately as it appears there may continue to be confusion as to the operation of Local Rule 26-4. *See, e.g.*, Docket No. 22 at 2. All future requests for extensions must strictly comply with the currently-operative version of Local Rule 26-4. "All motions or stipulations to extend a deadline set forth in a discovery plan shall be received no later than twenty-one (21) days *before expiration of the subject deadline*." Local Rule 26-4 (emphasis added). Any motion or stipulation filed before 21 days prior to the expiration of the subject deadline must be supported by a showing of good cause. *Id.* Any motion or stipulation filed less than 21 days prior to the expiration of the subject deadline (or after the subject deadline has expired) must be supported by a showing of excusable neglect. *Id.*

IT IS SO ORDERED.

DATED: August 22, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge