# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>EQUITY TITLE OF NEVADA,<br><br>　　　　Defendant(s). | Case No. 2:12-cv-00829-JCM-NJK<br><br>ORDER SETTING HEARING<br><br>(Docket No. 33) |

　　　　Pending before the Court is the sixth stipulation for a stay and an extension of all deadlines. Docket No. 33. The Court previously indicated that no further extensions would be granted. *See* Docket No. 32 at 6. The Court hereby sets a telephonic hearing on the current stipulation for March 14, 2014 at 10:00 a.m. Counsel shall call the Court's conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls as well as the use of a speaker phone are prohibited.

　　　　IT IS SO ORDERED.

　　　　DATED: March 10, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge