UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORP. ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> EQUITY TITLE OF NEVADA, ) <br> Defendant(s). ) <br> ) | Case No. 2:12-cv-0829-JCM-NJK <br><br> ORDER <br><br> (Docket No. 36) |

On March 19, 2013, the parties first sought to delay this case in light of the parties' settlement discussions. *See* Docket No. 16 (seeking an extension to deadlines so that the parties need not engage in discovery pending mediation). On August 20, 2013, the Court approved a formal stay in light of the settlement discussions. Docket No. 21. The parties then received numerous extensions to the stay. In the last stipulation, the parties acknowledged that the Court had already indicated that no further extensions would be needed but sought an additional extension to the stay of 30 days "to allow the Parties to approve and finalize this settlement." *See* Docket No. 33 at 2. The parties further represented to the Court that "**[o]nce the Parties approve and finalize all necessary settlement documents, a Stipulation of Dismissal will be filed**." *Id.* (emphasis added).

Rather than filing a stipulation of dismissal, however, Plaintiff has now filed a "notice of settlement." Docket No. 36. Contrary to their prior representation to the Court, the "notice" seeks a further stay of these proceedings for 180 days to allow the parties "time to complete their obligations under the Settlement Agreement and for the FDIC-R to dismiss the case." *Id.* at 2.

1 | The Court hereby **ORDERS** any response from Defendant be filed no later than April 24, 2014. The Court further **SETS** a telephonic hearing on the motion for May 7, 2014, at 3:00 p.m. Counsel shall call the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: April 18, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge